# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HEREDIA,<br><br>             Petitioner,<br><br>        vs.<br><br>ANTHONY HEDGPETH,<br><br>             Respondent. | 1:08-cv-01742 GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*. The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **December 1, 2008**                              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE