IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY HEREDIA,<br><br>            Petitioner,<br><br>    vs.<br><br>ANTHONY HEDGPETH,<br><br>            Respondent.<br>_____/ | 1:08-cv-01742 GSA (HC)<br><br>**ORDER GRANTING PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**<br><br>(DOCUMENT #10)<br><br>THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 9, 2009, Petitioner filed a motion for an extension of time to file his amended petition for writ of habeas corpus pursuant to the Court's order of December 12, 2008 (Document #9). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his amended petition.

IT IS SO ORDERED.

Dated:   **January 14, 2009**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE